## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-CR-00170-PAB-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  STEPHEN LEE MILLER,

     Defendant.

---

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. # 450)

---

THE UNITED STATES, by United States Attorney John F. Walsh, through

Assistant United States Attorney Guy Till (Government), here respectfully advises the

Court that, in light of the U.S. Probation Department's response (DOC. # 452), to the

Defendant's motion for early termination of federal supervised probation (sic.)(DOC. #

450), the Government is not opposed to Steven Lee Miller's Motion for an Order for early

termination of supervised release (DOC. # 450).   The Government respectfully submits

that the Defendant 's medical condition and physical limitations, together with the

Defendant's adjustment to society and other factors noted in the Probation Department

response indicate that termination of supervised release as to Steven Lee Miller

is in the best interests of the public and the Defendant at this time.

Respectfully submitted this 7th day of April, 2016.

JOHN F. WALSH
United States Attorney

By:   s/*Guy Till*
GUY TILL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone (303) 454-0207
Fax (303) 454-0401
guy.till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2016, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. # 450)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov