**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 JUL -7  AM 9: 27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Criminal Case No. 96-CR-00170-PAB-2

UNITED STATES OF AMERICA,

      Plaintiff,

V.

STEVEN LEE MILLER,

      Defendant.

---

## ADDENDUM TO MOTION FOR ORDER TERMINATING FEDERAL SUPERVISED PROBATION

---

     Comes now the Defendant, Steven Lee Miller, pro se, to provide the court with current information critical to the original filing requesting termination of the remainder of Defendant's federal probation.  As grounds therefore, Defendant respectfully states the following:

    **1.** Since the original filing, March 15th 2016, my health has been on a steady decline which has forced this request for status.

    **2.** On April 7th 2016, Guy Till, Assistant United States Attorney, submitted the Governments Response to the motion for termination of Federal Supervised Probation stating the government did not oppose termination.  Referencing:

    A. Ashlie Diener's (Federal Probation Officer) response not opposing the motion for termination.

    B. My medical condition and physical limitations, as well as, my adjustment to society.

Due to my deteriorating health, I pray the court to rule in favor of my petition at the court's earliest convenience.

Dated this 6th day of July, 2016

Respectfully Submitted,

Steven L. Miller, pro se

2.